**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

ALBERTO MATTA,

                Movant,

    - against -

UNITED STATES OF AMERICA and
UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,

                Respondents.

**[PROPOSED] ORDER TO SHOW CAUSE**

---

Upon the attached declaration of Richard F. Albert, in support of Alberto Matta's Application for Return of Seized Property, sworn to on October 30, 2023, and the exhibits attached thereto; the Declaration of Alberto Matta, sworn to on October 30, 2023, and the exhibits attached thereto; and Mr. Matta's Memorandum of Law in Support, it is ORDERED, that the above named Respondents show cause before this Court, at Room ___, United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, on _____, at _____, thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure directing that Respondents:

    a. Return to Mr. Matta his Microsoft laptop computer identified by serial number 002729104057 (the "laptop") and all copies of data obtained from the laptop;

    b. Return to Mr. Matta all copies of data derived from Mr. Matta's Samsung Galaxy cellphone identified by International Mobile Equipment Identification number 353055152108298511 (the "cellphone"); and

    c. Identify all searches or reviews conducted of Mr. Matta's laptop or cellphone.

and it is further ORDERED that a copy of this order, together with the papers upon which it is granted, be served upon the Respondents by service upon the Office of the United States Attorney for the Eastern District of New York and on or before _____ and that such service be deemed good and sufficient.

Dated: Brooklyn, New York

     October ___, 2023                          _____
                                                          United States District Judge