# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

## MISCELLANEOUS CASE INFORMATION SHEET

| **PLAINTIFF:** ALBERTO MATTA, Movant | **DEFENDANT:** UNITED STATES OF AMERICA and UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Respondents |
|---|---|

**IN THE MATTER OF:**
Application for Return of Seized Property Pursuant to Fed. R. Crim. P. 41(g)

**CAUSE OF ACTION:**
Return of seized property pursuant to Fed. R. Crim. P. 41(g)

**RELIEF SOUGHT:**
An order directing respondents to return property seized by the U.S. Department of Homeland Security, and any copies of data derived from that property.

| **ATTORNEY FOR PLAINTIFF:** | **ATTORNEY FOR DEFENDANT:** |
|---|---|
| Richard F. Albert<br>Morvillo Abramowitz Grand Iason & Anello P.C.<br>565 Fifth Avenue<br>New York, NY 10017<br>(212) 880-9560 (direct)<br>ralbert@maglaw.com (email) | United States Attorney's Office<br>for the Eastern District of New York<br>271 Cadman Plaza East<br>Brooklyn, NY 11201 |

I am currently a member in good standing of the bar of this Court: ☑ YES ☐ NO

Signature of Attorney of Record: /s/ Richard F. Albert   Date: 10/30/2023