# Exhibit A

## Albert, Richard F.

**From:** Albert, Richard F.
**Sent:** Friday, October 13, 2023 1:33 PM
**To:** Wilbert, Thomas E
**Subject:** Re: [External] RE: Mr. Alberto Matta - Seizure of electronic devices

Thank you.
You can send the phone to me at my address. I would like to discuss the matter with you, or with any attorney or prosecutor involved. Please let me know how we can make that happen.
Thank you.

Get Outlook for iOS

**From:** Wilbert, Thomas E <Thomas.E.Wilbert@ice.dhs.gov>
**Sent:** Friday, October 13, 2023 12:26:09 PM
**To:** Albert, Richard F. <ralbert@maglaw.com>
**Subject:** [External] RE: Mr. Alberto Matta - Seizure of electronic devices

Good afternoon Mr. Albert,

Mr Matta's phone will be sent back to him on Monday. Please advise if it should still be sent to the address he provided in Lexumbourg, or to a different address.

The laptop will continue to be detained. I will advise you when the laptop will be returned.

Thank you.


Sent with BlackBerry Work
(www.blackberry.com)


**From:** Albert, Richard F. <ralbert@maglaw.com>
**Date:** Friday, Oct 13, 2023 at 9:38 AM
**To:** Wilbert, Thomas E <thomas.e.wilbert@ice.dhs.gov>
**Subject:** Mr. Alberto Matta - Seizure of electronic devices

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Agent Wilbert – We represent Mr. Alberto Matta, whose electronic devices were seized on October 7, 2023 at JFK (Receipt No. 1365975).

We'd like to discuss the matter with you.

Please let me know by return email when might be convenient to speak, or try me at the phone number below. I also left a message on your cell phone.

1

Thank you,

Richard F. Albert

Morvillo Abramowitz Grand Iason & Anello, P.C.

565 Fifth Avenue

New York, NY 10017

(212) 880-9560

# Morvillo Ab1
# Grand Iason

NOTICE: This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from their computer.

EXTERNAL: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.