# Exhibit A

# DEPARTMENT OF HOMELAND SECURITY
## DETENTION NOTICE AND CUSTODY RECEIPT FOR DETAINED PROPERTY
Handbook 5200-09

No. 1365975

| # | Field | Value |
|---|---|---|
| 1 | Held for other agency? Yes ☐ No ☐ Name of Agency: | |
| 2 | Certified Mail No. | |
| 3 | Investigative Case No. | |
| 4 | General Order No. | |
| 5 | Exodus Command Center Notified? Yes ☐ No ☐ Date: Time: | |
| 6 | Port Code | 4701 |
| 7 | Date of Detention (mm/dd/yyyy) | 10/7/23 |
| 8 | Time (Use 24 Hours) | 1612 |
| 9 | Entry Number | |
| 10 | Detained from: Name: | Motta Alberto |
| | Address: | Optimum Asset Management, 4 Boulevard Royal Luxembourg |
| | Telephone No. | ( ) |
| 11 | Seal or Other ID No. | |
| 12 | Misc. Nos. | |
| 13 | Remarks: | |
| 14 | FPF No. (For DHS Lab Use Only) | |
| 15 | Point of Contact Information - Send all correspondence to: | T. Wilbert |
| | Telephone No. | 715 543 1225 Fax No. ( ) |
| 16 | Additional Information/Action Request from Importer/Exporter/Subject | |
| 17 | Reason for Detention: | |
| 18 | Tests or Inquiries to be Conducted: | |

### 19. PROPERTY (By Line Item) Attach DHS Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number / Type | d. Measurement Qty. / UM | e. Est. Dom. Value | f. Samples Sent to DHS Lab / Date |
|---|---|---|---|---|---|
| | Graphite Oil Ink | | | $ | Yes ☐ No ☐ / / |
| | TMET 353055/52/082.985/1 | | | $ | Yes ☐ No ☐ / / |
| | Migrant LOM | | | $ | Yes ☐ No ☐ / / |
| | # 002729104057 | | | $ | Yes ☐ No ☐ / / |

**20. Detaining Officer Name**
Print: T. Wilbert
Signature: [signature]
Date: 10/7/23

### 21. ACCEPTANCE/CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Shipments may be detained for up to 30 days, unless statutory authority or interagency agreement mandates that a longer period of time is required, or the importer/exporter/subject requests a longer detention period through the Port Director.

DHS 6051A Continuation Sheet Attached?   Yes ☐   No ☐

Previous editions are obsolete

DHS Form 6051D (08/09)

## Detention Notice and Custody Receipt for Detained Property

**BLOCK DESCRIPTIONS** (Fill in all sections that apply)

1. Held for other agency — Enter an "X" in the appropriate box to indicate yes or no. If yes, provide agency name.
2. Certified Mail No. — Enter number from Post Office receipt.
3. Investigative Case No. — Enter OI Investigative Case Number or IA File Number Only.
4. General Order No. — Enter the 15 digit General Order Number.
5. Exodus Command Center — Enter an "X" on the appropriate box to indicate yes or no. If yes, provide date and time.(Export detentions only)
6. Port Code — Enter the Port Code.
7. Date of Detention — Enter date of detention in month/day/year.
8. Time — Enter time of incident in 24-hour format (e.g. 1600).
9. Entry No. — Enter the Entry Number.
10. Detained from — Enter the name, address and telephone number of the person whose property has been detained.
11. Seal or Other ID No. — Enter Baggage Claim Number, Evidence Bag Number, DHS seal, or any other identification attached to the property.
12. Misc. Nos. — Enter other agency case number, for example.
13. Remarks — Enter any remarks which may be relevant or which may be of assistance in storing or maintaining the property. Reference any previous DHS 6051D number.
14. FPF No. — Enter the FPF Number. (**For DHS Lab Use Only**)
15. Point of Contact Information — Enter the local CBP office, SAIC, Port, or FPF address and telephone number, as appropriate.
16. Additional Information — Enter the information and/or action request from party-in-interest
17. Reason for Detention — Enter explanation of why the item(s) is/are being detained.
18. Tests or Inquires to be Conducted — Enter the process being conducted to determine if item(s) is/are in violation.
19. **Property** — Enter information in items 19a through 19f.
19a. Line Item No. — Enter group items by tariff number or SEACATS category code. Line item number corresponds to the line item number in SEACATS.
19b. Description — Enter brief description of detained item.
19c. Packages — Enter the number and type of packaging containing the property. (e.g. BX=box, BA=bale, EN=envelope)
19d. Measurement — The block contains the quantity of the detained item given in the units of measure entered in the Unit of Measurement block. For NARCOTICS, the net weight is entered.
19e. Estimated Domestic Value — Enter the estimated domestic value of the item seized.
19f. Samples Sent to Lab — Enter an "X" in the box to determine if a sample was sent to the DHS Lab and list the date sent.
20. Detaining Officer Name — Enter printed name of detaining officer, sign and date (first officer taking custody of the property). This initiates the Chain of Custody for all items described in Block 19. Signature is for **ALL** line items, including any DHS 6051A continuation sheet(s).
21. Acceptance/Chain of Custody
21a. Line Item No. — Enter the line item number(s) from Block 19 being accepted. (e.g. 1,2,3 and 5; or 1-3, 5)
21b. Description — Enter item(s) being accepted. The word "ALL" or equivalent is **NOT** acceptable.
21c. Print Name — Enter the name/title/organization of the individual accepting custody of item(s)
21d. Signature — Have individual accepting custody of item(s) sign in this block.
21e. Date — Enter date custody is accepted.

DHS Form 6051D (08/09)